# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK LEONARD SHARP,
     Appellant,
   vs.
THE STATE OF NEVADA,
     Respondent.

No. 84237

**FILED**

APR 07 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

   This is a pro se appeal from a postconviction motion to withdraw a guilty plea. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

   This court's review of this appeal reveals a jurisdictional defect. The notice of appeal was untimely filed. *See* NRAP 26(a); NRAP 26(c); *see also Edwards v. State*, 112 Nev. 704, 918 P.2d 321 (1996). The district court entered its order denying the motion on January 10, 2022. However, appellant did not file the notice of appeal until February 11, 2022, two days beyond the relevant appeal period. *See* NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), this court lacks jurisdiction to consider this appeal, and

   ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

Supreme Court
of
Nevada

(O) 1947A

22-10931

cc: Hon. Michael Montero, District Judge
Mark Leonard Sharp
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A